Filed 7-15-16
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy



# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>CORY LEE DORSEY<br><br>Defendant(s) | Case No.<br>SA: 16-MJ-0645 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 3, 2015__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2) | Distribution of Child Pornography. Penalties: 5 to 20 years imprisonment, $250,000 fine, lifetime supervised release, $5,000 mandatory special assessment. |
| 18 US.C. 2252(A)(a)(5)(B) | Possession of Child Pornography. Penalties: Up to 10 years imprisonment, $250,000 fine, lifetime supervised release, $5,000 mandatory special assessment. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Sgt Wesley Hensley, TX Attorney General's Office
Printed name and title

Sworn to before me and signed in my presence.

Date: July 15 2016

_____
Judge's signature

City and state: San Antonio, Texas

PAMELA A. MATHY, US MAGISTRATE JUDGE
Printed name and title

# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Wesley Hensley, the Affiant herein, first being duly sworn, does state as follows:

1. Your Affiant is employed as a Sergeant Investigator with the Texas Attorney General's Office (TXOAG). Your Affiant has been a peace officer since 1996. Your Affiant is currently assigned to the Child Exploitation Unit where my duties include investigations into child pornography, online solicitation of a minor, child sexual assault, and any kind of child exploitation. Your affiant is also a member of the Internet Crimes Against Children (ICAC) Task Force of South Texas and has had numerous hours of specialized training in the area of child exploitation, undercover operations, and internet investigations regarding state and federal offenses.

2. On September 23, 2015, the TXOAG ICAC received a CyberTip from the National Center for Missing and Exploited Children (NCMEC) stating that on August 3, 2015 an individual uploaded a video of possible child pornography to YouTube, Inc. The individual was using the username of "ShingoEx" and uploaded the child pornography from IP address 24.28.138.83. The uploaded video can be described as 7 minutes and 9 seconds in length containing the lascivious exhibition of the genitals of a 13-15 year old female child. The IP address resolves to Time Warner Cable with **Cory Lee Dorsey** in Live Oak, Texas as the subscriber. The email address listed on this account is "ShingoEX@twc.com."

3. On December 16, 2015, your Affiant executed a state search warrant at the home of Cory Lee Dorsey in Live Oak, Texas, in the Western District of Texas. Agents seized numerous pieces of digital media, hard drives, and computers from Corey Lee Dorsey's room.

4. Cory Lee Dorsey was read his Miranda rights at his residence, and agreed to speak with your Affiant. Cory Lee Dorsey stated that "ShingoEx" was an old YouTube username he used, and that Time Warner Cable was his internet provider. When asked if agents would find child pornography on his computers, Cory Lee Dorsey said they would in fact find child pornography. Cory Lee Dorsey added that the last time he looked at child pornography was that morning.

5. A forensic review of Cory Lee Dorsey's digital media and devices revealed:

   a. USB Thumb Drive- 21 videos of child pornography. This device contains the video of child pornography that was uploaded to YouTube, Inc. as per the CyberTip.

   b. Simpletech Hard Drive- 1,131 images of child pornography and 95 videos of child pornography

   c. HP USB Hard Drive- 26,205 images of child pornography, 1,545 videos of child pornography, and 15 pdf files containing child pornography

   d. Dell Desktop Computer- 8,491 images of child pornography and 233 videos of child pornography. Also found on this computer was a mosaic picture of a teddy bear, entitled "Pedo Bear" which contains 1,444 images of child pornography.

   e. Samsung cell Phone- 118 images of child pornography and 1 video of child pornography

   f. Compact disc- 1 video of child pornography

6. The above totals approximately 35,945 images of child pornography and 1,896 videos of child pornography. A report from NCMEC reveals that Cory Lee Dorsey possessed images from 100 known child pornography series.

7. Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that **Cory Lee Dorsey** knowingly distributed child pornography in violation of Title 18, United States Code, Section 2252A(a)(2) and knowingly possessed child pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

_____
Sgt. Wesley Hensley
Texas Attorney General's Office

Sworn to and subscribed before me this 15 day of July, 2016.

_____
PAMELA A. MATHY
U.S. MAGISTRATE JUDGE

2