UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: |
| | § | |
| Plaintiff, | § | **INDICTMENT** |
| | § | |
| VS. | § | SA16CR0539 |
| | § | [Cts 1-2: 18 U.S.C. § 2252A(a)(2)(A) Distribution of Child Pornography |
| CORY LEE DORSEY, | § | Cts 3-8: 18 U.S.C. § 2252A(a)(5)(B) |
| | § | Possession of Child Pornography] |
| Defendant. | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 2252A(a)(2)(A)]

On or about August 3, 2015, within the Western District of Texas, the Defendant,

**CORY LEE DORSEY,**

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been mailed, or using any means or facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce, by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

<u>COUNT TWO</u>
[18 U.S.C. § 2252A(a)(2)(A)]

From on or about September 21, 2015 to September 22, 2015, within the Western District of Texas, the Defendant,

**CORY LEE DORSEY,**

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been mailed, or using any means or facility of interstate and foreign

commerce shipped and transported in or affecting interstate and foreign commerce, by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT THREE
[18 U.S.C. § 2252A(a)(5)(B)]

On or about December 16, 2015, within the Western District of Texas, the Defendant,

**CORY LEE DORSEY,**

did knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material, specifically a GI Joe Thumb Drive, that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which involved a prepubescent minor, that has been mailed, or shipped and transported using any means and facility of interstate and foreign commence, or in or affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, or shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT FOUR
[18 U.S.C. § 2252A(a)(5)(B)]

On or about December 16, 2015, within the Western District of Texas, the Defendant,

**CORY LEE DORSEY,**

did knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material, specifically a Simpletech Hard Drive, that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which involved a prepubescent minor, that has been mailed, or shipped and transported using any means and facility of interstate and foreign commence, or in or affecting interstate and foreign commerce by

any means, including by computer, and that was produced using materials that have been mailed, or shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT FIVE
[18 U.S.C. § 2252A(a)(5)(B)]

On or about December 16, 2015, within the Western District of Texas, the Defendant,

**CORY LEE DORSEY,**

did knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material, specifically a Hewlett Packard Hard Drive, that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which involved a prepubescent minor, that has been mailed, or shipped and transported using any means and facility of interstate and foreign commence, or in or affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, or shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT SIX
[18 U.S.C. § 2252A(a)(5)(B)]

On or about December 16, 2015, within the Western District of Texas, the Defendant,

**CORY LEE DORSEY,**

did knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material, specifically a Dell Desktop Computer, that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which involved a prepubescent minor, that has been mailed, or shipped and transported using any means and facility of interstate and foreign commence, or in or affecting interstate and foreign commerce by

any means, including by computer, and that was produced using materials that have been mailed, or shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT SEVEN
[18 U.S.C. § 2252A(a)(5)(B)]

On or about December 16, 2015, within the Western District of Texas, the Defendant,

**CORY LEE DORSEY,**

did knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material, specifically a Samsung Cell Phone, that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which involved a prepubescent minor, that has been mailed, or shipped and transported using any means and facility of interstate and foreign commence, or in or affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, or shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT EIGHT
[18 U.S.C. § 2252A(a)(5)(B)]

On or about December 16, 2015, within the Western District of Texas, the Defendant,

**CORY LEE DORSEY,**

did knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material, specifically a Compact Disc, that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which involved a prepubescent minor, that has been mailed, or shipped and transported using any means and facility of interstate and foreign commence, or in or affecting interstate and foreign commerce by any means, including

by computer, and that was produced using materials that have been mailed, or shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]
### I.
### Sexual Exploitation of Children Violations and Forfeiture Statutes

As a result of the foregoing Sexual Exploitation of Children violations, the United States of America gives notice of its intent to seek the forfeiture of the below described property upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 2253(a)(1), (2), and (3), which states:

> **Title 18 U.S.C. § 2253. Criminal forfeiture**
> **(a) Property subject to criminal forfeiture.** A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-
>
> > **(1)** any visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;
> > **(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
> > **(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____
SARAH WANNARKA, Assistant United States Attorney